AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **2:25-cv-10839**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Range View Management LLC**
was recieved by me on **4/29/2025:**

- [ ] I personally served the summons on the individual at *(place)* on *(date)* ; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [x] I served the summons on **Kristen Magnusson**, who is designated by law to accept service of process on behalf of **Range View Management LLC** at **1912 Capitol Ave Ste 500, Cheyenne, WY 82001** on **04/29/2025 at 1:37 PM**; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and **$ 110.25** for services, for a total of **$ 110.25**.

I declare under penalty of perjury that this information is true.

Date: 05/02/2025

[signature]

*Server's signature*

**Dennis Michael Flynn**

*Printed name and title*

**4730 Hickory Place**
**Cheyenne, WY 82009**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons, to Kristen Magnusson who identified themselves as the person authorized to accept with identity confirmed by subject showing identification. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white female contact 45-55 years of age, 5'-5'4" tall and weighing 120-140 lbs with glasses. She asked reception to bring me to her. She is the accounts payable and receivable clerk for the law firm representing Range View Management, Woodhouse, Roden, American, & Brennan, LLC.**

Tracking #: **0168158713**